**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EMILY ALANIZ,

Plaintiff,

v. Case No. 3:26-cv-1761-MMH-LLL

NAVY FEDERAL CREDIT UNION,

Defendant.
_______________________________/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and Incorporated Memorandum of Law (Doc. 14; Response), filed August 4, 2026. In the Response, Plaintiff, in addition to asserting that Defendant's motion to dismiss is due to be denied as to Counts II and III, alternatively requests leave to amend her First Amended Complaint and Demand for Jury Trial (Doc. 8), filed July 15, 2026, in the event the Court finds that its allegations are inadequate. See Response at 3, 7–9. As an initial matter, the Court notes that a request for affirmative relief, such as a request for leave to amend a pleading, is not properly made when simply included in a response to a motion. See Fed. R. Civ. P. 7(b); see also Chabad Chayil, Inc. v. Sch. Bd. of Miami-Dade Cnty, 48 F.4th 1222, 1236 (11th Cir. 2022) ("[W]here a request for leave to file an amended complaint simply is imbedded within an

opposition memorandum, the issue has not been raised properly." (quoting Newton v. Duke Energy Fla., LLC, 895 F.3d 1270, 1277 (11th Cir. 2018))); Rosenberg v. Gould, 554 F.3d 962, 965 (11th Cir. 2009).

Moreover, even if it were proper to include this request in the Response, the request is otherwise due to be denied for failure to comply with Rule 3.01(a) of the Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)). Local Rule 3.01(a) requires a memorandum of legal authority in support of a request from the Court. See Local Rule 3.01(a). Thus, the Court will not entertain Plaintiff's request for relief included in the Response. Plaintiff is advised that, if she wishes to pursue such relief, she is required to file an appropriate motion in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED**:

To the extent that Plaintiff requests affirmative relief from the Court, Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and Incorporated Memorandum of Law (Doc. 14) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of August, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

lc33

Copies to:
Counsel of Record